In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00309-CV**

_____

**IN RE DONNA R. SMITH**

_____

**Original Proceeding**
**284th District Court of Montgomery County, Texas**
**Trial Cause No. 14-04-03822 CV**

_____

## MEMORANDUM OPINION

In her petition for a writ of mandamus, Donna R. Smith asks that the Court compel the judge of the 284th District Court of Montgomery County, Texas to grant Smith's motion to compel production of documents that she served on the real party in interest, The AIM Group, Inc. "The trial court has the discretion to deny a request if it is an overly broad discovery request that it determines could have been more narrowly tailored to include only relevant matters or should have been limited in time and scope." *In re Indeco Sales, Inc.* No. 09-14-00405-CV, 2014 WL 5490943, at *1 (Tex. App.—Beaumont Oct. 30, 2014, orig. proceeding)

1

(mem. op.). After reviewing the mandamus petition and record, we conclude that Relator has not shown that the trial court abused its discretion. We deny the petition for a writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on August 19, 2015
Opinion Delivered August 20, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.